STATE of Missouri, Respondent,

v.

Jeremy DAVIS, Appellant.

No. WD 53517.

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Rosemary E. Percival, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

After jury convictions on two counts of first degree murder, one count of first degree assault, and three counts of armed criminal action, the defendant claims insufficient evidence of his intent and deliberation, and that a hearsay statement should have been allowed in evidence under *Chambers v. Mississippi*, 410 U.S. 284, 93 S.Ct. 1038, 35 L.Ed.2d 297 (1973). Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Willis J. JOHNSON, Appellant.

No. WD 53548.

Missouri Court of Appeals,
Western District.

Submitted Sept. 4, 1997.

Decided Oct. 28, 1997.

James C. Cox, Asst. Public Defender, Kansas City, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM:

Willis J. Johnson was convicted, following jury trial, of stealing over $150.00, § 570.030, RSMo 1994, and sentenced to five years imprisonment. He appeals his conviction of stealing clothing from a department store, claiming that the trial court abused its discretion in denying a defense motion for mistrial following the testimony of a defense witness mentioning that Mr. Johnson had been in the store on other days besides the day of the events that formed the basis for his conviction.

Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 30.25(b).